# Smith *et al. v.* Gordon *et al.*

## *Proceedings for Mandamus.*

1. *Mandamus; appeal from judgment must be taken within thirty days.*—An appeal from a final judgment rendered in a *mandamus* proceedings must be taken within thirty days from the rendition of such ujdgment, (Code, § 3827); and, when not taken within such time, it will be dismissed.

APPEAL from the Circuit Court of Henry.

Tried before the Hon. JOHN P. HUBBARD.

The proceedings in this case were had upon a petition filed by the appellants, addressed to the judge of the circuit court, in which they prayed for a *mandamus* to be issued to the judge of probate of Henry county, and the persons composing the court of county commissioners of said county, commanding them to vacate, annul and set aside an order rendered by them establishing a certain stock law district in said county. Demurrers were interposed to the petition. Upon the hearing of the demurrers they were sustained; and the petitioners declining to plead further, judgment was rendered dismissing the petition. This judgment was rendered on December 2d, 1902. On January 12th, 1903, an appeal bond was given by the petitioners, and an appeal was taken to this court from said judgment, sustaining the demurrers to the petition.

R. D. CRAWFORD, for appellant.

No counsel marked as appearing for the appellee.

DOWDELL, J.—The appeal in this case was not taken within thirty days after the rendition of the judgment appealed from, as required by the statute. Section 2827 of the Code. The appeal cannot, therefore, be entertained, but must be dismissed.

Appeal dismissed.